**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-01207-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

SIRRLOVE R. WILLIAMS, also known as
SIRRLOVE WILLIAMS,

    Plaintiff,

v.

ASSISTANT WARDEN MURRY,
HEAD OF PROGRAM MS. POIP,
UNIT MANAGER LEAMON
UNITE MANAGER WOREZ,
INVESTIGATOR HAMELL,
P.P.M.N. JOHN DOE, and
D.O.C. DIRECTOR JOHN DOE,

    Defendants.

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

Plaintiff, Sirrlove R. Williams, also known as Sirrlove Williams, is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Cheyenne Mountain Re-Entry Center in Colorado Springs, Colorado.  He has submitted *pro se* motions titled "Motion Requesting Indegeant [sic] Status" (ECF No. 3) and "Motion for Civil Action and Obtain a Case No." (ECF No. 1) complaining about the conditions of his confinement at the Colorado Springs re-entry center.  As part of the court's review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined that the submitted documents are deficient as described in this order.  Plaintiff will be directed to cure the following if he wishes to pursue his claims.  Any papers that Plaintiff files in response to this order must include the civil action number noted above in the caption of

this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)　__X__　is not submitted (<u>must use the court's current form revised 10/01/12 with Authorization and Certificate of Prison Official</u>)
(2)　____　is missing affidavit
(3)　__X__　is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)　____　is missing certificate showing current balance in prison account
(5)　____　is missing required financial information
(6)　____　is missing an original signature by the prisoner
(7)　____　is not on proper form (must use the court's current form)
(8)　____　names in caption do not match names in caption of complaint, petition or habeas application
(9)　____　An original and a copy have not been received by the court. Only an original has been received.
(10)　__X__　other: <u>§ 1915 motion and affidavit and certified account statement only are necessary if $400.00 filing fee is not paid in advance.</u>

**Complaint, Petition or Application**:
(11)　__X__　is not submitted
(12)　____　is not on proper form (must use the court's current form)
(13)　____　is missing an original signature by the prisoner
(14)　____　is missing page nos. ____
(15)　____　uses et al. instead of listing all parties in caption
(16)　____　An original and a copy have not been received by the court. Only an original has been received.
(17)　____　Sufficient copies to serve each defendant/respondent have not been received by the court.
(18)　____　names in caption do not match names in text
(19)　____　other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Plaintiff shall obtain (with the assistance of his case manager or the facility's legal assistant) the Court-approved forms for filing a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint, along with the applicable instructions, at www.cod.uscourts.gov. It is

2

FURTHER ORDERED that Plaintiff may pay the full $400.00 filing fee in lieu of submitting a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 together with a certified copy of his prisoner's trust fund statement for the six-month period immediately preceding this filing.  It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this order**, the action will be dismissed without further notice.

DATED April 29, 2014, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge