**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-01207-BNB

SIRRLOVE R. WILLIAMS, also known as
SIRRLOVE WILLIAMS,

    Plaintiff,

v.

ASSISTANT WARDEN MURRY,
HEAD OF PROGRAM MS. POIP,
UNIT MANAGER LEAMON
UNIT MANAGER WOREZ,
INVESTIGATOR HAMELL,
P.P.M.N. JOHN DOE, and
D.O.C. DIRECTOR JOHN DOE,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's motion (ECF No. 6) filed on May 8, 2014, is GRANTED.  The clerk of the Court is directed to mail to Plaintiff the Court-approved forms for filing a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint.  Plaintiff will be allowed **thirty (30) days from the date of this minute order** in which to cure the deficiencies designated in the order to cure (ECF No. 4) of April 29, 2014.  Failure to do so within the time allowed will result in the dismissal of this instant action.

    Plaintiff is advised that the copy of his trust fund account statement (ECF No. 5) also filed on May 8 fails to cure the deficiencies designated in the April 29 order to cure.

Dated:  May 12, 2014